United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Chris Quinn, Trustee of the Humble Surgical Hospital Liquidating Trust, | § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-12-1206 |
| SLR Medical Consulting, LLC, | § § | Adversary No. 19-3290 |
| Defendant. | § § § | |

| | | |
|---|---|---|
| *In re* | § § | Bankruptcy 17-31078 |
| Humble Surgical Hospital, LLC, *et al.*, | § § | Bankruptcy 17-31079 Bankruptcy 17-31080 |
| Debtors. | § | Bankruptcy 17-31081 |

## Default Judgment

Plaintiff's Request for Default Judgment is supported by proof of service, an affidavit showing that the Defendant is not an infant or an incompetent person, and an affidavit showing the amount due from the Defendant. Entry of default judgment is therefore authorized against the Defendant under Federal Rule of Civil Procedure 55 and Federal Rule of Bankruptcy Procedure 7055.

The Court enters default judgment against SLR Medical Consulting, LLC, in the amount of $49,305.00, plus post judgment interest at the rate of 2.08% per annum.

Signed on May **12**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge